```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00390
    KIMBERLY A JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

             Debtor
     SSN XXX-XX-1183

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 01/09/2007 and was confirmed 05/03/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 07/24/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
  CHASE MANHATTAN MTG CORP CURRENT MORTG          .00             .00      18300.78
  CHASE MANHATTAN MTG CORP MORTGAGE ARRE          .00             .00           .00
  CHASE MANHATTAN MORTGAGE CURRENT MORTG          .00             .00       4429.52
  CHASE MANHATTAN MORTGAGE MORTGAGE ARRE          .00             .00           .00
  CODILIS & ASSOCIATES     NOTICE ONLY     NOT FILED              .00           .00
  BANK OF AMERICA          SECURED VEHIC    31693.69          2040.06       5291.00
  BANK OF AMERICA          UNSECURED       NOT FILED              .00           .00
  COOK COUNTY TREASURER    SECURED             26.28              .00         26.28
  COOK COUNTY COLLECTOR    NOTICE ONLY     NOT FILED              .00           .00
  DELL FINANCIAL SERVICES  SECURED            422.61              .00        216.54
  CITY OF CHICAGO WATER DE SECURED            302.00              .00         41.45
  GREAT AMERICAN FINANCE   SECURED           2750.00           106.57        292.78
  GREAT AMERICAN FINANCE   UNSECURED             .50              .00           .00
  DELL FINANCIAL SERVICES  UNSECURED          1306.61              .00           .00
  INTERNAL REVENUE SERVICE PRIORITY          9911.85              .00           .00
  D PATRICK MULLARKEY      NOTICE ONLY     NOT FILED              .00           .00
  D PATRICK MULLARKEY      NOTICE ONLY     NOT FILED              .00           .00
  DISTRICT COUNSEL         NOTICE ONLY     NOT FILED              .00           .00
  DISTRICT COUNSEL         NOTICE ONLY     NOT FILED              .00           .00
  US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED              .00           .00
  US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED              .00           .00
  INTERNAL REVENUE SERVICE PRIORITY        NOT FILED              .00           .00
  D PATRICK MULLARKEY      NOTICE ONLY     NOT FILED              .00           .00
  DISTRICT COUNSEL         NOTICE ONLY     NOT FILED              .00           .00
  US ATTORNEY              NOTICE ONLY     NOT FILED              .00           .00
  BOB WATSON CHEVROLET     UNSECURED       NOT FILED              .00           .00
  CAPITAL ONE              UNSECURED           632.59              .00           .00
  ADVANCED MEDICAL IMAGING UNSECURED           991.20              .00           .00
  CITY OF CHICAGO PARKING  UNSECURED          2357.50              .00           .00
  COMMONWEALTH EDISON      UNSECURED       NOT FILED              .00           .00
  DSNB                     UNSECURED       NOT FILED              .00           .00
  FIRST FEDERAL CREDIT CON UNSECURED       NOT FILED              .00           .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 00390 KIMBERLY A JOHNSON
```

```
PREMIER BANKCARD           UNSECURED           435.95               .00                 .00
PREMIER BANKCARD           UNSECURED           414.51               .00                 .00
LVNV FUNDING LLC           UNSECURED            84.63               .00                 .00
FEDERATED RTL/MARSHALL F   UNSECURED           315.35               .00                 .00
MED COLLECTIONS SERVICES   UNSECURED        NOT FILED               .00                 .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED        NOT FILED               .00                 .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1865.54               .00                 .00
PROFESSIONAL RECOVERY SY   UNSECURED        NOT FILED               .00                 .00
T MOBILE                   UNSECURED        NOT FILED               .00                 .00
ROUNDUP FUNDING LLC        UNSECURED           603.24               .00                 .00
UNIVERSITY OF CHICAGO      UNSECURED        NOT FILED               .00                 .00
WELLS FARGO ACCEPTANCE     UNSECURED        NOT FILED               .00                 .00
ASSET ACCEPTANCE CORP      UNSECURED           450.05               .00                 .00
INTERNAL REVENUE SERVICE   UNSECURED           293.44               .00                 .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY     NOT FILED               .00                 .00
WELLS FARGO FINANCIAL IN   FILED LATE       23712.52               .00                 .00
TIMOTHY K LIOU             DEBTOR ATTY        709.20                                   .00
TOM VAUGHN                 TRUSTEE                                              2,229.02
DEBTOR REFUND              REFUND                                                      .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 32,974.00

PRIORITY                                                .00
SECURED                                           28,598.35
    INTEREST                                       2,146.63
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                              2,229.02
DEBTOR REFUND                                           .00
                        ---------------      ---------------
TOTALS                  32,974.00                32,974.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 10/29/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE



                            PAGE   2
         CASE NO. 07 B 00390 KIMBERLY A JOHNSON